UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                 Case No. 3:21-cr-58/TKW

CHARLES EDWARD ROWE
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, CHARLES EDWARD ROWE, to Counts 1, 2, and 3 of the indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 15th day of October, 2021.

*T. Kent Wetherell, II*
_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**